FILED
JAMES J. VILT, JR. - CLERK
SEP 10 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA

v.

**CHRISTOPHER COPAS**

INDICTMENT

NO. 1:26cr-59-GNS

7 U.S.C. § 2156(b)
7 U.S.C. § 2156(e)
18 U.S.C. § 922(k)
18 U.S.C. § 924(a)(1)(B)
18 U.S.C. § 924(d)
28 U.S.C. § 2461

The Grand Jury charges:

BACKGROUND

1. At all relevant times, **CHRISTOPHER COPAS** resided in the Western District of Kentucky.

2. At all relevant times, the federal Animal Welfare Act defined "animal fighting venture" as "any event, in or affecting interstate or foreign commerce, that involves a fight conducted or to be conducted between at least 2 animals for purposes of sport, wagering, or entertainment." 7 U.S.C. § 2156(f)(l).

3. At all relevant times, the federal Animal Welfare Act prohibited sponsoring or exhibiting an animal in an animal fighting venture. 7 U.S.C. § 2156(a). It further prohibited anyone from possessing, training, selling, buying, transporting, delivering or receiving an animal for purposes of having the animal participate in an animal fighting venture. 7 U.S.C. § 2156(b). Additionally, it prohibited use of the United States Postal Service or any instrumentality of interstate commerce for commercial speech for purposes of advertising an animal for use in an animal fighting venture, or for promoting or furthering an animal fighting venture. 7 U.S.C. § 2156(c).

4. At all relevant times, it was unlawful to participate in animal fighting under Kentucky law. K.R.S. § 525.130.

5. Beginning on a date unknown the grand jury but not later than September 2021, and continuing through at least June 23, 2026, **CHRISTOPHER COPAS**, and others, known and unknown to the grand jury, carried out a rooster-breeding operation, located at 1200 Price Chapel Rd, Bowling Green, Kentucky, also known as "Kentucky Acres Game Farm," for the purpose of breeding, raising, training, and selling roosters to participate in cockfighting. During the same period, **CHRISTOPHER COPAS**, used Facebook and his cell phone to advertise roosters for sale, to arrange for their sale, and to arrange for shipping them both within the United States and to places outside of the United States.

COUNT 1
(*Possession of Animals - Animal Fighting Venture*)

6. Paragraphs 1 through 5 of this Indictment are re-alleged and incorporated by reference as if set forth fully herein.

On or about June 23, 2026, in the Western District of Kentucky, Warren County, Kentucky, the defendant, **CHRISTOPHER COPAS**, did knowingly possess animals, namely roosters and immature male chickens, for purposes of having the animals participate in an animal fighting venture.

In violation of Title 7, United States Code, Section 2156(b).

The Grand Jury further charges:

COUNT 2
*(Possession of a Firearm with Obliterated Serial Number)*

8. On or about June 23, 2026, in the Western District of Kentucky, Warren County, Kentucky, the defendant, **CHRISTOPHER COPAS**, knowingly possessed a firearm, that is a Lorcin, Model L25, .25 caliber pistol, that had been shipped and transported in interstate commerce, from which the manufacturer's serial number had been removed, altered and obliterated, as the defendant knew.

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

## NOTICE OF FORFEITURE

As a result of committing the offense of possession animals for the purpose of an animal fighting venture, in violation of Title 7, United States Code, Section 2156(b), as specifically charged in Count 1 of this Indictment, the defendant, **CHRISTOPHER COPAS**, shall forfeit to the United States, all animals involved in the commission of said offense.

Pursuant to Title 7, United States Code, Section 2156(e), and Title 28, United States Code, Section 2461.

As a result of committing the offense of possession of a firearm with an obliterated serial number, in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B), as specifically charged in Count 2 of this Indictment, the defendant, **CHRISTOPHER COPAS**, shall forfeit to the United States, all firearms and ammunition involved in the commission of said offense, including but not limited to: a Lorcin, Model L25, .25 caliber pistol, from which the manufacturer's serial number had been removed, altered and obliterated.

Pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461.

A TRUE BILL.

REDACTED

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:CEK (9/10/26)

UNITED STATES OF AMERICA v. **CHRISTOPHER COPAS**

**PENALTIES**

| | |
|---|---|
| Count 1: | NM 5 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| Count 2: | NM 5 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| FORFEITURE | |

**NOTICE**

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.